1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMERICA FOREST HOLDINGS, LLC, a Wyoming limited liability company; AMERICAN FOREST LAND COMPANY, LLC, a Wyoming limited liability company; JOHN R. RUDEY and LAURIE G. RUDEY, husband and wife and residents of New York; COPPER BEECH FARM, LLC, a Wyoming limited liability company; COPPER BEECH FARM, INC., a Wyoming corporation,<br><br>              Plaintiffs,<br><br>  v.<br><br>BANK OF AMERICA NA, a foreign corporation,<br><br>              Defendant. | NO:  CV-10-3044-RMP<br><br><br>ORDER DENYING AS MOOT DEFENDANT'S FIRST MOTION TO DISMISS |

23
24
25
26
27
28

     This case was filed in Kittitas County Superior Court and removed to federal court before Judge Edward Shea (Ct. Rec. 1).  Defendant filed a Motion to Dismiss Plaintiffs' original complaint (Ct. Rec. 4).  Subsequent to Defendants filing the first Motion to Dismiss, this case was transferred to this Court, and Plaintiffs filed

ORDER DENYING AS MOOT DEFENDANT'S FIRST MOTION TO DISMISS ~1

a first amended complaint (Ct. Rec. 19). Defendant subsequently filed a second Motion to Dismiss based on Plaintiffs' First Amended Complaint (Ct. Rec. 23).

After reviewing the record and pleadings in this matter, the Court finds that Defendant's second Motion to Dismiss, which addresses Plaintiffs' first amended complaint, supersedes the first Motion to Dismiss, which addressed the original complaint. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's first motion to dismiss (**Ct. Rec. 4**) is **DENIED AS MOOT**.

The District Court Executive is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 24th day of November, 2010.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Court Judge

ORDER DENYING AS MOOT DEFENDANT'S FIRST MOTION TO DISMISS ~2